IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL MCCLENDON,
FELECIA MCCLENDON,

    Plaintiffs,

v.                                                  CASE NO. 1:06-cv-00021-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report of Rule 26(f) Planning Meeting. After considering the report, the court hereby approves of and adopts the report as submitted by the parties with one exception. It appears that the parties accidently indicated that they will be ready for trial on January 2, 2006. The court assumes that this was a typing error and that the parties intended it to read January 2, 2007. The Clerk is directed to set the appropriate deadlines in accordance with this order.

**DONE AND ORDERED** this  *17th*   day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge