IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL McCLENDON,
FELECIA McCLENDON,

    Plaintiffs,

v.                                    CASE NO. 1:06-cv-00021-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on a telephone status conference held on Tuesday, May 2, 2007. During the conference, Plaintiffs stated that they still have been unable to retain counsel to represent them in this case, and therefore will be representing themselves. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Clerk is directed to lift the stay in this proceeding.

2.     Plaintiffs shall file a response to Defendant's Motion for Summary Judgment, Doc. 14, on or before Friday, June 1, 2007.

**DONE AND ORDERED** this  _3rd_  day of May, 2007

                        *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge